# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIMILSON M. DASILVA,<br><br>      Petitioner,<br><br>   v.<br><br>JAIME RIOS, et al.,<br><br>      Respondents. | Case No. 1:26-cv-03703-JLT-SAB-HC<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>(ECF No. 4) |

The Court has read and considered the application of Jacqueline Delgado, attorney for Petitioner, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Jacqueline Delgado's application for admission to practice Pro Hac Vice (ECF No. 4) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

                STANLEY A. BOONE
                United States Magistrate Judge